UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARY LAVERTY,

                Plaintiff,              **PRECLUSION ORDER**

    -against-                       21 Civ. 2592 (PED)

DOBCO, INC.,

                Defendant.
------------------------------------------------------X

**PAUL E. DAVISON, U.S.M.J.**

For the reasons stated on the record herein on April 3, 2023, and to address the matters identified by counsel in letters appearing on the docket [Dkts. 53, 54], it is hereby

**ORDERED**, defense counsel are precluded from in any way eliciting or otherwise exploiting (in motion practice or at trial) the fact that plaintiff has engaged Daniel Wolstein as an expert witness in *Hardy v. Crown Equipment Corporation*, 21 Civ. 10310 (KMK). Any transcripts, reports, or other materials relating to Mr. Wolstein generated in the *Hardy* case are inadmissible herein.

Dated: April 3, 2023
       White Plains, New York

                                      SO ORDERED

                                      _____
                                      PAUL E. DAVISON, U.S.M.J.