UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Gary Laverty,

                         Plaintiff,

      -against-

Dobco, Inc.,

                         Defendant.

------------------------------------------------------------------X

7:21-CV-2592 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On April 11, 2024, the Court held an in person Pretrial Conference. The parties advised the Court that they plan to pursue mediation. The Court scheduled a five- to eight-day trial, starting on **September 16, 2024**. The Court directed the parties to submit their proposed Joint Pretrial Order by no later than **August 2, 2024**. The Court directed the parties to meet and confer to discuss interim dates for a proposed Joint Pretrial Scheduling Order. A template of the Court's Joint Pretrial Scheduling Order is attached to this Order. The Court directed the parties to submit a joint letter, by no later than **April 30, 2024**, providing the Court with an update on the status of mediation and proposing a date for submission of the proposed Joint Pretrial Scheduling Order.

      **SO ORDERED.**

DATED:    White Plains, New York
               April 11, 2024

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
```

Gary Laverty,

                              Plaintiff,

       -against-

Dobco, Inc.,

                              Defendant.

---------------------------------------------------------------

7:21-CV-2592 (VR)

**JOINT PRETRIAL SCHEDULING ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

       This Joint Pretrial Scheduling Order is adopted after consultation with counsel and any unrepresented parties.

1. **Trial Date.** A jury trial is scheduled to commence on **September 16, 2024**.
   The expected length of trial is **5 to 8 days**.
   Jury selection will begin on the morning of the trial date.

2. **Joint Pretrial Order (PTO).**
   A proposed Joint Pretrial Order, consistent with Rule 6(B) of Judge Reznik's Individual Practices, must be submitted by **August 2, 2024**.
   (at least 45 days before the first day of trial).

3. **Pretrial Exchange Deadlines**.
   Before submission of the Joint PTO, the parties must exchange witness lists, deposition designations (if any), and exhibit lists, along with corresponding objections. The parties are expected to meet-and-confer regarding objections before submitting their respective lists and designations as part of the final Joint PTO.

   The following interim deadlines shall apply to the parties' pretrial exchanges before submission of the Joint PTO:

   a. Witness lists exchanged by: _____.
      Objections exchanged by: _____.

   b. Deposition designations exchanged by: _____.
      Objections and counter-designations exchanged by: _____.

   c. Plaintiff's Exhibit List exchanged by: _____.
      Defendant's Objections exchanged by: _____.

    d.  Defendant's Exhibit List exchanged by: _____.
        Plaintiff's Objections exchanged by:   _____.

    e.  Demonstratives exchanged by _____.
        Objections exchanged by _____.

    f.  **(If Jury Trial)**
        Plaintiff's proposed requests to charge, *voir dire* questions, and proposed verdict form exchanged by: _____.
        Defendant's responses and objections exchanged by _____.

    g.  The interim deadlines in paragraphs 3(a) through 3(f) may be extended by consent of the parties without application to the Court, provided that the parties leave sufficient time to meet-and-confer about objections before submission of the Joint PTO.

4. **Motions *in Limine*.**
   Any motions *in limine* addressing evidentiary or other issues must be submitted by _____. (no later than deadline for Joint PTO)
   Responses to any motions *in limine* must be filed by _____.
   (14 days after opening motions)

5. [*Optional*] **Pretrial Memoranda of Law.**
   The parties are to file pretrial memoranda of law by _____. (no later than deadline for Joint PTO)

6. **Courtesy copies.**
   By _____ (no later than *three business days* before trial) the parties shall deliver to the Court in a tabbed binder or binders (with a copy to opposing counsel): (a) a copy of each of the party's pre-marked trial exhibits, and (b) a copy of any deposition testimony that has been designated (or cross-designated) and will be offered at trial. Deposition testimony should be clearly marked to identify designations and cross-designations. (Exhibits and deposition testimony need not be filed electronically on ECF, unless otherwise directed by the Court).

7. The next pretrial Status Conference (by phone) is scheduled for _____.

8. The final Pretrial Conference (in-person) is scheduled for _____.
   (at least two weeks before trial)

    **SO ORDERED.**

DATED:     White Plains, New York
             _____

                                              _____
                                              VICTORIA REZNIK
                                              United States Magistrate Judge