UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Gary Laverty,

                       Plaintiff,

            -against-

Dobco, Inc.,

                       Defendant.
-----------------------------------------------------------------X

7:21-cv-2592-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court having been advised that all claims asserted in the above-entitled action are settled, it is hereby

ORDERED, that the above-entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days from the date of this Order.

      **SO ORDERED.**

DATED:    White Plains, New York
                 9/9/24

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2024